IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ANTON D. GLASSCO and | * | |
| JEROME A. JAMES II; | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 4:11CV00860 SWW |
| | * | |
| STATE OF ARKANSAS; MIKE BEEBE; | * | |
| ARKANSAS ECONOMIC DEVELOPMENT | * | |
| COMMISSION; GRANT TENNILLE; | * | |
| and PATRICIA NUNN BROWN; | * | |
| | * | |
| Defendants. | * | |

**Judgment**

Pursuant to the Memorandum and Order entered in this matter on this date, plaintiffs' complaint is dismissed with prejudice.

DATED this 15th day of February, 2012.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE